# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD LEWIS BROWN III and<br>SHERI L. BROWN | §<br>§<br>§ | |
| | § | CASE NO. 4:11CV111 |
| v. | § | Judge Schneider/Judge Mazzant |
| | § | |
| AURORA LOAN SERVICES, LLC,<br>d/b/a in Texas as AURORA MORTGAGE<br>LLC, MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., and<br>CTX MORTGAGE COMPANY, LLC | §<br>§<br>§<br>§<br>§ | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand (Dkt. #8) be denied.

The Court, having made a *de novo* review of the objections raised by Plaintiffs, as well as Defendants' response to Plaintiffs' objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand (Dkt. # 8) is DENIED.

It is further **ORDERED** that CTX Mortgage Company, LLC is dismissed.

**It is SO ORDERED.**

**SIGNED this 12th day of July, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE